UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
JUAN JOSE RODRIGUEZ,                             :
                                                 :
                              Plaintiff,         :
                                                 :        **No. 25 Civ. 4639 (RA)**
              -against-                          :
                                                 :
ANGRY BURGER CORP. d/b/a LA CANTINA              :
HEIGHTS and ANGEL TEJADA,                        :        **JUDGMENT**
                                                 :
                              Defendants.         :
---------------------------------------------------------------------X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68

having been filed by Plaintiff Juan Jose Rodriguez ("Plaintiff") on May 27, 2026; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor

of Plaintiff and against Defendants Angry Burger Corp. d/b/a La Cantina Heights and

Angel Tejada, jointly and severally, in the amount of $25,000.00, inclusive of attorneys'

fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF

No. 26).

Dated:  New York, New York
        May 28, 2026

                                        **SO ORDERED:**

                                        _____
                                        Hon. Ronnie Abrams
                                        United States District Judge